DEANNA BOYLES *v.* RICHARD PRESTON

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 596 (AC 20353), is denied.

SULLIVAN, C. J., and PALMER and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Richard Preston,* pro se, in support of the petition.

Decided July 2, 2002

FRANK USOWSKI ET AL. *v.* BARRY J. JACOBSON ET AL.

Upon this court's sua sponte reconsideration, the defendants' cross petition for certification for appeal from the Appellate Court, 68 Conn. App. 785 (AC 21398), is granted, limited to the following issues:

"1. Did the Appellate Court properly reverse the trial court's entry of an order for monetary sanctions imposed for the named plaintiff's acts of continuing discovery?

"2. If the answer to the first question is 'yes,' did the Appellate Court nevertheless properly affirm the trial court's judgment of dismissal?"

SULLIVAN, C. J., did not participate in the consideration or decision of this cross petition.

The Supreme Court docket number is SC 16789.

*Brenden P. Leydon,* in support of the cross petition.

*David P. Friedman,* in opposition.

Decided July 2, 2002